UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN FERRANTE,<br><br>       Plaintiff,<br>  v.<br><br>CHASE RECEIVABLES,<br><br>       Defendant. | Case No.: **10-cv-03315**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____

The Honorable Judge

United States District Judge